Joel P. Waelty (SBN 226728)
LAW OFFICES OF JOEL P WAELTY
2030 N. Pacific Ave, Ste D
Santa Cruz, CA 95060
Tel.: (408) 752-2003
Fax: (408) 290-8992
E-Mail: joel@waeltylaw.com

Attorneys for Plaintiff
RICK BRYANT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK BRYANT,<br>Plaintiff,<br>v.<br>RUBRIK, INC.,<br>Defendant. | No. 5:25-cv-07989-SVK<br>**STIPULATION TO EXTEND DISCOVERY DEADLINE TO ACCOMMODATE THIRD PARTY DEPOSITIONS** |

Plaintiff Rick Bryant, by and through his counsel Joel P. Waelty, and Defendant Rubrik, Inc., by and through its counsel David A. Crane, hereby stipulate as follows:

**RECITALS**

**WHEREAS,**

1. The operative scheduling order in this action sets the close of fact discovery on November 13, 2026.

2. Plaintiff represents that he has served subpoenas to testify at deposition upon third-party witnesses Mayo Clinic (Rule 30(b)(6) designated representative) and Heather Costa, an individual non-party, both issued on September 9, 2026, with depositions noticed for October 2, 2026 and October 1, 2026, respectively.

3. Counsel for Mayo Clinic and Heather Costa, Ashley Repp of Dorsey Whitney LLP,

has informed Plaintiff's counsel that her office is not available to proceed with the depositions of either witness before the week of November 30, 2026.

4. The unavailability of counsel for third-party witnesses is an external scheduling constraint beyond the control of any party and constitutes good cause to extend the discovery cutoff as to these third-party depositions only. The testimony of these witnesses are considered by Plaintiff to be essential for the vindication of his rights because he asserts that their testimony is central to the reasons that Rubrik terminated his employment. The parties have diligently pursued third-party discovery and the extension sought is the minimum necessary to accommodate counsel's availability.

5. The parties agree that the extension requested herein is limited solely to completing the depositions of Mayo Clinic's Rule 30(b)(6) designee(s) and Heather Costa, and any associated document production obligations pursuant to the existing subpoenas, and shall not alter any other case management deadline, including but not limited to the expert disclosure schedule, dispositive motion deadlines, pretrial conference dates, or trial date, unless the Court orders otherwise.

6. This is the first request to modify the discovery schedule in this action.

## STIPULATION

Based on the foregoing, the parties, through their respective counsel of record, **HEREBY STIPULATE AND AGREE** as follows:

1. The deadline to complete third-party discovery, limited to the depositions of Mayo Clinic's Rule 30(b)(6) designated representative and Heather Costa and any document production required under the subpoenas served upon those witnesses, is extended from November 13, 2026 to December 21, 2026, or such other date as the Court deems appropriate.

2. All other deadlines set forth in the operative scheduling order shall remain unchanged

and in full force and effect.

3. The parties will cooperate in good faith to schedule the depositions of Mayo Clinic and Heather Costa at mutually convenient dates within the extended period, consistent with the availability of counsel for the witnesses.

**IT IS SO STIPULATED.**

DATED: September 30, 2026 **LAW OFFICES OF JOEL P. WAELTY**

By: *__/s/ Joel P. Waelty__*
Joel P. Waelty
Attorney for Plaintiff RICK BRYANT

DATED: September 30, 2026 **MAYNARD NEXSEN LLP**

By: *__/s/ David A. Crane__*
Thy B. Bui
David A. Crane
Attorneys for Defendant RUBRIK, INC.

**~~[PROPOSED]~~ ORDER**

The Court, having reviewed the foregoing Stipulation of the parties and finding good cause therefor, hereby ORDERS as follows:

1. The deadline to complete third-party discovery, limited to the depositions of Mayo Clinic's Rule 30(b)(6) designated representative and Heather Costa and any document production required under the subpoenas previously served upon those witnesses, is extended to December 21, 2026________________________________.

2. All other deadlines established in the Court's scheduling order remain in full force and effect.

3. The parties shall complete the depositions of Mayo Clinic and Heather Costa no later than the new discovery cutoff, absent further order of the Court.

**IT IS SO ORDERED.**

Dated: October 14, 2026

Susan van Keulen

Hon. Susan van Keulen United States Magistrate Judge
Northern District of California