Joel P. Waelty (SBN 226728)
LAW OFFICES OF JOEL P. WAELTY
2030 N. Pacific Ave, Ste D
Santa Cruz, CA 95060
Tel.: (408) 752-2003
Fax: (408) 290-8992
E-Mail: joel@waeltylaw.com

Attorneys for Plaintiff
RICK BRYANT

Thy B. Bui (SBN 256383)
tbui@maynardnexsen.com
David A. Crane (SBN 305999)
dcrane@maynardnexsen.com
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, California 90067
Telephone: 310.596.4500

Attorneys for Defendant
RUBRIK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>RUBRIK, INC.,<br><br>Defendant. | No. 5:25-cv-07989-SVK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND ADR DEADLINE** |

Plaintiff Rick Bryant, by and through his counsel Joel P. Waelty, and Defendant Rubrik, Inc., by and through its counsel David A. Crane, hereby stipulate as follows:

**RECITALS**

**WHEREAS,**

1. The Court's Case Management Order entered February 10, 2026 (Dkt. 30) referred the parties to the Court's Mediation panel and set an ADR completion deadline of October 31, 2026. Sue J. Stott was thereafter appointed as the parties' court-assigned mediator.

2. On October 14, 2026, the Court granted the parties' stipulation extending the deadline to complete the third-party depositions of Mayo Clinic's Rule 30(b)(6) designated representative and Heather Costa to December 21, 2026 (Dkt. 39). Those depositions are now scheduled for December 8, 2026 (Heather Costa) and December 9, 2026 (Mayo Clinic).

3. The parties' counsel and the court-assigned mediator have discussed extending the ADR deadline. All are in agreement that the deadline must be extended to accommodate the parties' mutually agreed deposition dates.

4. The parties have been diligently pursuing discovery and October 2026 depositions are underway. Deposition witnesses include non-parties who have committed to their depositions, reside outside of California, and are represented by counsel who is not available for their clients' depositions until December 2026.

5. Because the scheduled depositions may aid settlement efforts, good cause is shown for extending the October 31, 2026 ADR deadline to February 11, 2027. The parties and the mediator anticipate holding the mediation session in January 2027, after the remaining depositions are complete.

6. The extension requested herein is limited solely to the ADR completion deadline and shall not alter any other case management deadline, including but not limited to the expert disclosure schedule, dispositive motion deadlines, pretrial conference dates, or trial date.

7. This is the first request to modify the ADR deadline in this action. The only prior modification of the case schedule is the Court's October 14, 2026 Order extending the deadline for the Mayo Clinic and Heather Costa depositions (Dkt. 39).

## STIPULATION

Based on the foregoing, the parties, through their respective counsel of record, **HEREBY STIPULATE AND AGREE** as follows:

1. The deadline to complete ADR set forth in the Court's Case Management Order (Dkt. 30) is extended from October 31, 2026 to February 11, 2027, or such other date as the Court deems appropriate.

2. All other deadlines set forth in the operative scheduling order, as modified by the Court's October 14, 2026 Order (Dkt. 39), shall remain unchanged and in full force and effect.

3. The parties will cooperate in good faith with the court-assigned mediator to schedule the mediation session on a mutually convenient date within the extended period.

**IT IS SO STIPULATED.**

DATED: October 26, 2026

**LAW OFFICES OF JOEL P. WAELTY**

By: *<u>/s/ Joel P. Waelty</u>*
Joel P. Waelty
Attorney for Plaintiff RICK BRYANT

DATED: October 26, 2026

**MAYNARD NEXSEN LLP**

By: *<u>/s/ David A. Crane</u>*
Thy B. Bui
David A. Crane
Attorneys for Defendant RUBRIK, INC.

**<u>LOCAL RULE 5-1(i)(3) ATTESTATION</u>**

Pursuant to N.D. Cal. Civil Local Rule 5-1(i)(3), I attest that each of the other signatories to this document has concurred in the filing of the document.

DATED: October 26, 2026

By: *<u>/s/ Joel P. Waelty</u>*
Joel P. Waelty

**~~[PROPOSED]~~ ORDER**

The Court, having reviewed the foregoing Stipulation of the parties and finding good cause therefor, hereby ORDERS as follows:

1. The deadline to complete ADR is extended from October 31, 2026 to February 11, 2027.

2. All other deadlines established in the Court's scheduling order, as modified by the Court's October 14, 2026 Order (Dkt. 39), remain in full force and effect.

3. The parties shall complete mediation with the court-assigned mediator no later than the new ADR deadline, absent further order of the Court.

**IT IS SO ORDERED.**

Dated: October 27, 2026

Hon. Susan van Keulen
United States Magistrate Judge
Northern District of California