UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK BRYANT,<br>Plaintiff,<br>v.<br>RUBRIK, INC.,<br>Defendant. | Case No. 25-cv-07989-SVK<br>**ORDER RE STIPULATION - AS MODIFIED**<br>Re: Dkt. No. 42 |

United States District Court
Northern District of California

## ~~[PROPOSED]~~ ORDER

The Court, having reviewed the foregoing stipulation of the parties and finding good cause therefor, hereby ORDERS as follows:

1. The fact discovery cutoff in this matter is extended from November 13, 2026 to November 25, 2026, solely as to Plaintiff's requests for production, special interrogatories, and requests for admission served on October 13, 2026 (the "Pending Written Discovery"). Defendant shall serve its responses to, and produce documents responsive to, the Pending Written Discovery on or before November 25, 2026.
2. Plaintiff's deadline to file a motion to compel further responses to the Pending Written Discovery shall be set for December 7, ~~9,~~ 2026.
3. All other deadlines set forth in the operative scheduling order, as modified by the Court's October 14, 2026 Order (Dkt. 39), shall remain unchanged, including (a) the November 13, 2026 fact discovery cutoff for all discovery other than the Pending Written Discovery and the depositions identified in subpart (b); and (b) the December 21, 2026 deadline to complete the third-party depositions of Mayo Clinic's Rule 30(b)(6) designated representative and Heather Costa.

**IT IS SO ORDERED.**

DATED: November 20, 2026

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA